IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICODEMO DIPIETRO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BRIAN V. COLEMAN, et al. | : | NO. 13-6438 |

**O R D E R**

AND NOW, this 24th day of October, 2014, upon consideration of Petitioner's motions to seal the record of his habeas proceeding (Docs. 13 & 15), and after holding oral argument on the motions, IT IS HEREBY ORDERED that the motions are DENIED. If Petitioner wishes to seek to withdraw his habeas petition, he shall file a motion with the court within 21 days of the entry of this Order.

BY THE COURT:

/s/ELIZABETH T. HEY

_____
ELIZABETH T. HEY, U.S.M.J.