IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICODEMO DIPIETRO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BRIAN COLEMAN, et al. | : | NO. 13-6438 |

## ORDER

**AND NOW**, this 7th day of February, 2023, upon consideration of Petitioner Nicodemo DiPietro's "Motion for Relief from Judgment Pursuant to Rule 60(b), Fed. R. Civ. P." (ECF No. 30), **IT IS HEREBY ORDERED** that:

1. The Clerk of Court is **DIRECTED** to reopen this case.

2. The Motion is **DISMISSED** for lack of subject matter jurisdiction without prejudice to DiPietro's right to file with the United States Court of Appeals for the Third Circuit an application to file a second or successive habeas petition. *See* 28 U.S.C. § 2244(b)(3)(A).

3. A Certificate of Appealability is **DENIED** pursuant to 28 U.S.C. § 2253(c) because reasonable jurists would not debate the propriety of this Court's procedural ruling with respect to these claims. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

4. The Clerk of Court is **DIRECTED** to close this case.

BY THE COURT:

/s/ John R. Padova, J.
_____
JOHN R. PADOVA, J.